# United States Bankruptcy Court
## Southern District of Ohio

In re  **Ruth Champion-Hughes**                                                                Case No.
                                                         Debtor(s)                 Chapter  **13**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **December 19, 2019**            **/s/ Ruth Champion-Hughes**
                                        **Ruth Champion-Hughes**
                                        Signature of Debtor