| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-1<br>Case 1:19-bk-14554<br>Southern District of Ohio<br>Cincinnati<br>Wed Jul  8 11:44:46 EDT 2020 | Accelerated Credit<br>10079 Springfield Pike<br>Cincinnati, OH 45215-1454 | David Andrade<br>Andrade Law Office LLC<br>6730 Roosevelt Ave.<br>Suite 409<br>Middletown, OH 45005-5741 |
| Asst US Trustee (Cin)<br>Office of the US Trustee<br>J.W. Peck Federal Building<br>550 Main Street, Suite 4-812<br>Cincinnati, OH 45202-5212 | Berks Credit and Collections<br>900 Corporate Drive<br>Reading, PA 19605-3340 | Margaret A Burks<br>600 Vine Street<br>Suite 2200<br>Cincinnati, OH 45202-2491 |
| CACH, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Ruth Champion-Hughes<br>1532 Lemontree<br>Cincinnati, OH 45240-2806 | (p)CHOICE RECOVERY INC<br>1550 OLD HENDERSON ROAD<br>STE 100<br>COLUMBUS OH 43220-3662 |
| City of Forest Park<br>c/o Weltman, Weinberg & Reis Co., LPA<br>965 Keynote Circle<br>Brooklyn Heights, OH 44131-1829 | Credit Collections Services<br>Two Wells Avenue<br>Newton Center, MA 02459-3246 | Creditor's Bureau<br>757 L Street<br>Fresno, CA 93721-2998 |
| Duke Energy<br>P.O. Box 1326<br>Charlotte, NC 28201-1326 | ERC<br>308 Voyager Way Suite 200<br>Huntsville, AL 35806-3207 | Forest Park<br>1201 W Kemper Road<br>Cincinnati, OH 45240-1697 |
| (p)GREATER CINCINNATI WATER WORKS ANN SEITZ<br>4747 SPRING GROVE AVE<br>CINCINNATI OH 45232-1986 | Hamilton County Treasurer<br>138 E Court St #402<br>Cincinnati, OH 45202-1226 | Joel K Jensen<br>PO Box 5480<br>Cincinnati, OH 45201-5480 |
| Mark R Lembright<br>Albertelli Law Partners Ohio, LLC<br>1001 Lakeside Avenue<br>Suite 1300<br>Cleveland, OH 44114-1197 | Lerner, Sampson & Rothfuss<br>P.O. Box 5480<br>Cincinnati, OH 45201-5480 | Matthew Murtland<br>Shapiro, Van Ess, Phillips & Barragate<br>4805 Montgomery Road, Suite 320<br>Cincinnati, OH 45212-2280 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>Bankruptcy Department<br>PO Box 619096<br>Dallas, Texas 75261-9096 | North American Credit Service<br>2810 Walker Road<br>P.O. Box 182221<br>Chattanooga, TN 37422-7221 | Ocwen<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409-6493 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Professional Credit Service<br>12204 SE Mill Plain Blvd, Ste. 101<br>Vancouver, WA 98684-6027 |
| Santander<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 | Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Seterus  (sister)<br>P.O. Box 1077<br>Hartford, CT 06143-1077 |

| | | |
|---|---|---|
| Sheraton/Vistana<br>8800 Vistana Centre Drive<br>Orlando, FL 32821-6353 | Symmes Auto Sales<br>1165 Symmes Rd<br>Fairfield, OH 45014-1944 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank<br>P.O. Box 965007<br>Orlando, FL 32896-5007 | T MobileTMobile USA Inc<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City OK  731248848 | The CBE Group<br>131 Tower Park Drive<br>P.O. Box 900<br>Waterloo, IA 50704-0900 |
| Unique National Collection<br>119 E. Maple Street<br>Jeffersonville, IN 47130-3439 | University of Cincinnati<br>2600 Clifton Avenue<br>Cincinnati, OH 45220-2872 | Ursuline Academy<br>5535 Pfeiffer Road<br>Cincinnati, OH 45242-4898 |
| Wells Fargo<br>P.O. Box 1697<br>Winterville, NC 28590-1697 | Wells Fargo Bank, N.A.<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Choice Recovery Inc.<br>1550 Old Henderson Road, Suite S100<br>Columbus, OH 43220 | Greater Cincinnati Water Works<br>Attn: Bankruptcy Desk<br>4747 Spring Grove Avenue<br>Cincinnati, OH 45232-1986 | Portfolio Recovery<br>120 Corporate Boulevard, Suite 100<br>Norfolk, VA 23502 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Nationstar Mortgage, LLC | (u)U.S. Bank National Association | (u)Wells Fargo Bank, N.A. |

End of Label Matrix
Mailable recipients    40
Bypassed recipients     3
Total                  43