**2025**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                              :       CASE NO: 19-14554
                                            CHAPTER 13
Ruth Champion-Hughes
                                    :       JUDGE BUCHANAN
       DEBTOR

                                    :       APPLICATION OF CHAPTER 13 DDEBTOR TO
                                            EMPLOY REALTOR


Debtor herein, respectfully represents as follows:

Debtor proposes to retain Shannon R Smith to represent debtor with regard to being her Realtor for sale of debtor's real estate located at 611 Rockdale Avenue, Cincinnati, OH  45229. This application is brought pursuant to 11 U.S.C. 327(e).

To the best of the debtor(s) knowledge, Shannon R. Smith is not currently representing debtor other than in connection with this case and has no interest adverse to the debtor's estate.

[A copy of the fee agreement will be attached as a separate filing]

**WHEREFORE**, debtor requests that the employment of Shannon R. Smith as Realtor for debtor in her case be approved and that Shannon R. Smith be authorized to be compensated pursuant to Federal Rule of Bankruptcy Procedure 2016. An application for attorney fees must be filed and approved before such compensation can be received or paid.

/s/ David Andrade, Esq. 0071979
Attorney for Debtor
Attorney Reg. No. OH  0071979
214 S. Breiel Boulevard Suite A
Middletown, OH  45044
513-252-2502 ph
513-392-8450 fax
david@theandradelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing (APPLICATION OF CHAPTER 13 DDEBTOR TO EMPLOY REALTOR was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

    by **first class mail** on 1-14-2025  addressed to:

Ruth  Champion-Hughes
1532 Lemontree Drive
Cincinnati, OH 45240

Shannon R. Smith
EXP realty
300 E Business Way Suite 200
Cincinnati, OH  45241

All creditors on the attached matrix.

                                              /s/   David Andrade, Esq. 0071979
                                              Debtor's Attorney

**NOTICE**

Your counsel has filed papers with the court to employ a professional.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy.  If you do not have one, you may wish to consult one.

If you do not want the court to approve the Application to Employ a Professional, or if you want the court to consider your views on the Application to Employ, then within twenty-one (21) days from the date of service as set forth in the certificate of service below you or your attorney must filed with the court a written request for a hearing (or, if the court
 If you do not want the court to approve the Application to Employ a requires a written response, an answer, explaining your position) at:

>Clerk of the US Bankruptcy Court
>Atrium Two, Suite 800
>221 East Fourth Street
>Cincinnati, Ohio 45202

You must also mail a copy to:

| | |
|---|---|
| David Andrade, Esq. | Margaret Burks, Chapter 13 Trustee |
| 214 S. Breiel Boulevard Suite A | 600 Vine Street |
| Middletown, OH  45044 | Suite 2200 |
| | Cincinnati, OH 45202 |

Office of the US Trustee
J.W Peck Federal Building
550 Main St., Room 4-812
Cincinnati, OH 45202

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.


Date:1-14-2025                                /s/David Andrade, Esq. 0071979
                                                    Debtor's Counsel