**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: February 14, 2025**

```
                UNITED STATES BANKRUPTCY COURT
                 SOUTHERN DISTRICT OF OHIO
                      WESTERN DIVISION
```

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-14554<br>CHAPTER 13 |
| Ruth Champion-Hughes | : | JUDGE BUCHANAN |
| DEBTOR | | |
| | : | ORDER GRANTING APPLICATION OF DEBTOR TO EMPLOY SHANNON R SMITH AS REALTOR (DOC.137 ) |

Upon application of the debtor, this Court finds that Shannon R. Smith represents no interest adverse to the debtor or the estate of the debtor and that the debtor is authorized to employ Shannon R. Smith as Realtor for the debtor and that Shannon R. Smith is authorized to be compensated pursuant to Fed.R.Bankr.P. 2016 upon the filing of an application for compensation.  An application for attorney fees must be filed and approved before such compensation can be received or paid.

SO ORDERED

Copies to:

Default List

```
Shannon R. Smith
Exp Realty
300 E. Business Way Suite 200
Cincinnati, OH  45241
```